## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JASON PUTSCHE

   **Plaintiff,**

   **v.**

ALLEY CAT ALLIES, INC.

   **Defendant.**

\*

\*

\*

\*

Case No.   8:17-cv-00255-PWG

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Enter my appearance as counsel in this case for the Plaintiff/Counter-Defendant, Jason Putsche, and Third-Party Defendants, Jason Putsche Photography, LLC and Elizabeth Putsche

   I certify that I am admitted to practice in this Court.

April 15, 2019

Date

Signature

Jason C. Brino (Fed. Bar No. 023535)

Printed name and bar number

210 West Pennsylvania Avenue, Suite 400
Towson, Maryland 21204

Address

brino@bowie-jensen.com

Email address

410-583-2400

Telephone number

410-583-2437

Fax number